Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03169-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| ERNEST D. WEBER, JR. and SHERRY WEBER, spouse<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC; PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; STACIE GROSSFELD, M.D.; and ORTHOPEDIC SPECIALISTS PLLC<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, ERNEST D. WEBER, JR. and SHERRY WEBER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| DATED: 12-14, 2009 | BUBALO HIESTAND & ROTMAN, PLC | |

By: *Leslie M. Cronen*
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: 12-14, 2009    O'BRYAN BROWN & TONER, PLLC

By: *Joseph C. Klausing* /with permission/ by LMCronen
Joseph C. Klausing
Attorneys for Defendants Stacie Grossfeld, MD and
Orthopedic Specialists, PLLC

DATED: 01/13/2010    DLA PIPER LLP (US)

By: *Michelle W. Sadowsky*
Michelle W. Sadowsky
Attorneys for Defendant Pfizer


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court